# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Amended Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ELA DANIELLE WHITTEN |
| **Case Number:** | 13-11685-CL7      **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, JUNE 09, 2014 10:00 AM   DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | KAREN CARTER |

### Matter:

MOTION TO VOLUNTARILY DISMISS CHAPTER 7 BANKRUPTCY CASE FILED BY DEBTOR

### Appearances:

CHRISTOPHER DRYDEN, ATTORNEY FOR ELA DANIELLE WHITTEN
ELA DANIELLE WHITTEN present

### Disposition:

Motion to dismiss granted.

Good cause appearing, the court sua sponte lifts stay as to Wells Fargo Card Services so it can receive payment of $2,495.02. Order to lift stay to be prepared by Court.   Once order is entered and payment made, declaration of Ms. Whitten confirming that payment has been made to Wells Fargo Card Services to be filed.

Order of dismissal may then be submitted by Atty for Debtor once the above declaration has been filed.

*AMENDED TO REFLECT THAT ORDER TO LIFT STAY TO BE PREPARED BY COURT.