Order Entered on
June 10, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
ELI DANIELLE WHITTEN

Debtor.

| | |
|---|---|
| BANKRUPTCY NO. | 13-11685-CL7 |
| Date of Hearing: | 6/9/14 |
| Time of Hearing: | 10:00 AM |
| Name of Judge: | Christopher B. Latham |

# ORDER LIFTING AUTOMATIC STAY

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED:    June 9, 2014

Judge, United States Bankruptcy Court

DEBTOR: ELI DANIELLE WHITTEN                                                      CASE NO: 13-11685-CL7

The court has considered Debtor's motion to dismiss her Chapter 7 case, accompanying declaration and oral representations at the hearing on June 9, 2014.  Good cause appearing, the court sua sponte lifts the automatic stay for Debtor to pay Wells Fargo Card Services its unsecured claim of $2,495.02.  The court additionally waives the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3).  Debtor must make this required payment and file a declaration to this effect.  Debtor's counsel may then upload a dismissal order.

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham June 9, 2014