# Notice Recipients

District/Off: 0974–3                User: sslaughte                Date Created: 6/10/2014
Case: 13–11685–CL7              Form ID: pdfO1                Total: 3

**Recipients of Notice of Electronic Filing:**
tr          James L. Kennedy          jim@jlkennedy.com
aty        Christopher Dryden         cdryden@glr.com

                                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Ela Danielle Whitten         10350 Cross Creek Terrace         Scripps, CA 92131

                                                                                                TOTAL: 1