Order Entered on
June 10, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
ELI DANIELLE WHITTEN

Debtor.

| | |
|---|---|
| BANKRUPTCY NO. | 13-11685-CL7 |
| Date of Hearing: | 6/9/14 |
| Time of Hearing: | 10:00 AM |
| Name of Judge: | Christopher B. Latham |

# ORDER LIFTING AUTOMATIC STAY

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED:    June 9, 2014

*/s/ Christopher B. Latham*
Judge, United States Bankruptcy Court

DEBTOR: ELI DANIELLE WHITTEN                                          CASE NO: 13-11685-CL7

The court has considered Debtor's motion to dismiss her Chapter 7 case, accompanying declaration and oral representations at the hearing on June 9, 2014.  Good cause appearing, the court sua sponte lifts the automatic stay for Debtor to pay Wells Fargo Card Services its unsecured claim of $2,495.02.  The court additionally waives the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3).  Debtor must make this required payment and file a declaration to this effect.  Debtor's counsel may then upload a dismissal order.

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham June 9, 2014

```
                          United States Bankruptcy Court
                          Southern District of California
```

```
In re:                                                        Case No. 13-11685-CL
Ela Danielle Whitten                                          Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: sslaughte            Page 1 of 1                  Date Rcvd: Jun 10, 2014
                              Form ID: pdfO1             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2014.
db             +Ela Danielle Whitten,   10350 Cross Creek Terrace,   Scripps, CA 92131-1341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2014 at the address(es) listed below:
              Christopher Dryden    on behalf of Debtor Ela Danielle Whitten cdryden@glr.com
              James L. Kennedy    jim@jlkennedy.com, jkennedy@ecf.epiqsystems.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 3